AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>STEVEN LEE CARTY<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)  3:23-mj-1398-JBT<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 24, 2023** in the county of **Suwannee** in the **Middle** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(4) | Possession of child pornography |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ashley Wilson, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/25/23

_____
*Judge's signature*

City and state: Jacksonville, Florida

Joel B. Toomey, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Ashley Wilson, being duly sworn, hereby state as follows:

1. I am a Special Agent (SA) with Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), an agency of the United States Department of Homeland Security (DHS) and have been so employed since October 2007. I am currently assigned to the Office of the Assistant Special Agent in Charge Jacksonville, Florida, where I conduct a variety of investigations. Prior to this assignment, I was assigned to the Office of the Deputy Special Agent in Charge Laredo, Texas, for approximately 6 years also as a Special Agent. I have a bachelor's degree in criminal justice. I am a law enforcement officer of the United States and am thus authorized by law to engage in or supervise the prevention, detection, investigation, or prosecution of violations of federal criminal law. I am responsible for enforcing federal criminal statutes under the jurisdiction of HSI, including violations of law involving the exploitation of children. I participated in a 22-week training program at the Federal Law Enforcement Training Center in Brunswick, Georgia, which included the Criminal Investigator Training Program and ICE Special Agent Training. In my capacity as a Special Agent, I have participated in numerous types of investigations, during which I conducted or participated in physical surveillance, undercover transactions and operations, historical investigations, and other complex investigations. Since becoming a Special Agent, I have worked with experienced

1

Special Agents and state and local law enforcement officers who also investigate child exploitation offenses.

2. I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children that constituted violations of 18 U.S.C. §§ 2251, 2252, 2252A, 2422, and 2423, as well as Florida state statutes that criminalize sexual activity with minors and other methods of child sexual exploitation. In connection with such investigations, I have served as the case agent and have served as an undercover agent in online child exploitation cases. During the course of my investigations, I have worked closely with members of the local child exploitation task force comprised of agents and officers, from HSI, the Federal Bureau of Investigation (FBI), the Florida Department of Law Enforcement (FDLE), the Jacksonville Sheriff's Office (JSO), the St. Johns County Sheriff's Office (SJSO), and the Clay County Sheriff's Office (CCSO), among other agencies. These agencies routinely share information involving the characteristics of child sex offenders as well as investigative techniques and leads. As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

3. The statements contained in this affidavit are based on information I obtained from my personal observations as well as from records and information directly provided to me by other law enforcement officers and personnel. This

affidavit is being submitted for the limited purpose of establishing probable cause for the filing of a criminal complaint, and I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that STEVEN LEE CARTY committed a violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2), that is, knowing possession of visual depictions of minors engaged in sexually explicit conduct.

4. This affidavit is made in support of a criminal complaint against STEVEN LEE CARTY, that is, in Suwannee County, on or about August 24, 2023, in the Middle District of Florida, CARTY did knowingly possess a matter that contained visual depictions that had been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce, by any means, when the production of the visual depictions involved the use of minors engaging in sexually explicit conduct, and the visual depictions were of such conduct, and these depictions involved prepubescent minors in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2).

5. On August 22, 2023, I applied for and obtained a federal search warrant for the premises located at 5614 River Road, Live Oak, Florida 32060 from United States Magistrate Judge Joel B. Toomey in Case No. 3:23-mj-1392-JBT, which I believed to be occupied by CARTY, along with another individual, a copy of which is attached to hereto as Exhibit 1, and the facts and information contained therein are

3

hereby incorporated by reference.

6. On August 24, 2023, I, together with other HSI agents, HSI Task Force Officers, and law enforcement officers, executed this federal search warrant on the premises located at 5614 River Road, Live Oak, Florida 32060. During the search of CARTY's room inside the residence, HSI agents discovered a Moto G Stylus cell phone on a table next to his bed. The Moto G Stylus cell phone was manufactured in China.

7. After securing the residence, I approached CARTY for a possible interview. CARTY agreed to talk to me and Florida Department of Law Enforcement (FDLE) SA Craig Riley in an interview inside FDLE SA Riley's government vehicle, which was parked outside the residence. This interview was audio recorded. I introduced myself to CARTY as a Special Agent for HSI and presented my badge and credentials.

8. After being advised of his constitutional rights, CARTY acknowledged those rights and agreed to speak with us without an attorney present. CARTY provided his full name, date of birth, phone number, and email addresses. CARTY stated he has lived at the residence since May 2022 and identified which bedroom was his inside the residence. CARTY stated he currently has a cell phone, a tablet, and a Chrome book. CARTY stated he is the only user of his electronic devices that were in his bedroom and purchased them new. CARTY stated he purchased the Moto G

4

Stylus cell phone during September or October 2022. CARTY stated the Moto G Stylus cell phone is password protected and provided the password. CARTY stated he uses the internet at the residence, and it is also password protected.

9. When I asked CARTY when the last time it was that he saw child pornography, CARTY responded with "Not long ago, it's a problem." CARTY admitted to viewing child pornography a couple days ago. CARTY admitted he obtains child pornography through chatting with other people, questionable sites, and the dark web using his cell phone. CARTY stated he views child pornography multiple days a week and admitted to sending child pornography to others, thousands of times during his lifetime. After he was released from prison during May 2022, CARTY stated he returned to viewing child pornography during September or October 2022.

10. I showed CARTY multiple images containing child sexual abuse material (CSAM) that were reported by Google and Facebook in CyberTipline Report numbers 160009245, 160076557, and 164466738. Specifically, CARTY admitted to being familiar with the files named *[kAbfmWDTgsTUEAae351180152].jpg* and *report_[1323135]* and acknowledged the images depicted prepubescent female children. When asked if he sent the file named *[kAbfmWDTgsTUEAae351180152].jpg* containing child pornography to anyone, CARTY said "probably."

11. CARTY admitted to masturbating to child pornography two to three times a week. He stated the youngest child he has seen depicted in child pornography

5

is one year old. CARTY admitted to being obsessed with child pornography. He acknowledged he was familiar with using a Virtual Private Network (VPN). He stated he uses Firefox through Mozilla on his cell phone and most of the time, the VPN setting is on when browsing the internet. CARTY admitted to using a VPN to help conceal his child pornography activities. He acknowledged it is illegal to possess, download, and share child pornography. He admitted to possessing hundreds of files of child pornography on his cell phone. CARTY stated the child pornography files are both images and videos and contain prepubescent children. When asked what age he is most sexually interested in, CARTY said "Teenage, slutty, pre, 13, 14, 15, that's where my scope has always been." He denied having any sexual contact with children.

12. A preliminary examination of the Moto G Stylus cell phone on scene by Computer Forensic Analyst Amy Olsen revealed at least one file containing CSAM. The file was stored in the following location: "*/storage/emulated/0/Pictures/Screenshots.*" A description of the file is as follows:

FILE NAME: *Screenshot_20230807-121241.png*

DESCRIPTION: The color image depicts a prepubescent female child nude from the waist down. The female child is lying on her back and her legs are spread apart, thereby exposing her vagina and anus. An adult male's face is seen close to the female child's leg and genital area. I believe the image depicts a prepubescent female child based upon the lack of pubic hair, her child-like facial features, her child-sized hands, and the overall size of her body. Based on my training and experience and my review of this image, I believe it depicts at least one prepubescent minor engaged in sexually explicit conduct, that is lewd and lascivious

exhibition of genitals, and therefore constitutes child pornography pursuant to Title 18, United States Code, Section 2256.

13. Based upon the foregoing facts, I have probable cause to believe that on or about August 24, 2023, in Suwannee County, in the Middle District of Florida, STEVEN LEE CARTY did knowingly possess a matter that contained visual depictions that had been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce, by any means, when the production of the visual depictions involved the use of minors engaging in sexually explicit conduct, and the visual depictions were of such conduct, and these depictions involved prepubescent minors in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2).

_____
ASHLEY WILSON, Special Agent
Homeland Security Investigations

Subscribed and sworn to before me this __25__ day of August 2023, at Jacksonville, Florida.

_____
JOEL B. TOOMEY
United States Magistrate Judge

7